# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1045
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Northern |
| | * | District of Iowa. |
| David K. Feddersen, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: September 25, 2003
Filed: September 30, 2003
_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.
_____

PER CURIAM.

David K. Feddersen challenges the sentence the district court[1] imposed after he entered a plea under North Carolina v. Alford, 400 U.S. 25, 37 (1970), to threatening to use anthrax to assault or kill federal employees, in violation of 18 U.S.C. § 115(a)(1)(B). At sentencing, the district court denied Feddersen an acceptance-of-responsibility reduction and sentenced him to 36 months imprisonment to be followed by one year supervised release.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

On appeal, counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court erred in denying an acceptance-of-responsibility reduction, given that the shortcomings in Feddersen's guilty plea "reasonably appeared to be a product of [his] mental illness." After careful review of the record, we find that the district court did not clearly err in denying the acceptance-of-responsibility reduction. <u>See</u> <u>United States v. Arellano</u>, 291 F.3d 1032, 1034 (8th Cir. 2002) (standard of review).

Upon reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no non-frivolous issues. Accordingly, we affirm. We also grant counsel's motion to withdraw.

_____